UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM INZE EMASEALU,<br><br>        Plaintiff,<br><br>    v.<br><br>J. GOMEZ, ET. AL.,<br><br>        Defendants. | Case No. 1:22-cv-01326-HBK (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO FILE AMENDED APPLICATION OR PAY FILING FEE WITHIN 30 DAYS<br><br>(Doc. No. 2) |

Plaintiff Tom Inze Emasealu initiated this action by filing a pro se civil rights complaint on October 18, 2022 while incarcerated in the Federal Bureau of Prisons ("BOP") located in Stockton, California. (Doc. No. 1). Plaintiff concurrently moved to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2, "IFP motion"). Plaintiff's IFP application does not comply with § 1915(a)(1)(2). Specifically, in addition to filing an affidavit of indigency, a prisoner "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the six-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." *Id*. Here, the "Certification" potion of Plaintiff's IFP application is not completed by an authorized official. (*See* Doc. No. 2 at 2).

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without

1 | prejudice to Plaintiff submitting a completed application.

2. The Clerk is directed to mail Plaintiff a new application to proceed *in forma pauperis*.

3. Within thirty (30) days of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis* in its entirety with an authorized correctional official completing the "Certification" section of the application, or by filing a BOP trust account statement reflecting the 6 months of transactions preceding the filing of the complaint; or (2) pay the $402.00 filing fee for this action.

4. Absent good cause, the Court will not grant any motions for extension of time.

5. Failure to comply with this order will result in the recommendation that this action be dismissed for failure to prosecute and/or comply with the Court's orders.

Dated:     October 25, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE