UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM INEZE EMASEALU,<br><br>        Plaintiff,<br><br>   v.<br><br>J. GOMEZ, ET. AL,<br><br>        Defendants. | Case No.   1:22-cv-01326-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ORDER DIRECTING PAYMENT OF INITIAL FILING FEE<br><br>(Doc. No.  6) |

      Plaintiff Tom Ineze Emasealu, a federal prisoner, initiated this action by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on October 18, 2022.  (Doc. No. 1).  Plaintiff seeks to proceed in forma pauperis. (Doc. No. 4).   Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the statutory filing fees as set forth in 28 U.S.C. § 1915.  **Plaintiff is obligated to make an initial payment of $15.00[1] (the greater of 20% of the average monthly deposits or average monthly balance for the 6-month period immediately preceding the filing of the complaint).** ***Id*.*, § 1915(b)(1)(B).***  Thereafter,

---

[1] According to Plaintiff's TRULINCS Account Transaction attached to his application, Plaintiff had $445.00 deposited into his account over a six-month period for an average monthly deposit of $75.00. (Doc. No. 6 at 3-9).

Plaintiff is required to make monthly payments of 20% of the preceding month's income credited to her trust account.  The Federal Bureau of Prisons is required to send the initial $15.00 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in his account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 6) is GRANTED.

2. **The Director of the Federal Bureau of Prisons or his designee shall forward an initial payment of $15.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C.  § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**  The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Federal Bureau of Prisons.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California.

Dated:    November 22, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE