UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM INEZE EMASEALU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. GOMEZ, et al.,<br><br>　　　　　Defendants. | No. 1:22-cv-01326-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO PROSECUTE<br><br>(ECF No. 11) |

　　　　Plaintiff Tom Emasealu is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 30, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss this case due to Plaintiff's failure to prosecute.  (ECF No. 11.)  The findings and recommendations were served on Plaintiff and contained notice that Plaintiff had fourteen days within which to file objections.  (*Id.* at 7.)  That deadline has passed, and Plaintiff has not filed objections or otherwise communicated with the Court.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

Accordingly,

1. The findings and recommendations filed on August 30, 2023, (ECF No. 11), are adopted in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to prosecute; and
3. The Clerk of Court is directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:   October 25, 2023

_____
UNITED STATES DISTRICT JUDGE